

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

1625 Eye Street, NW
Washington, D.C. 20006-4001

TELEPHONE (202) 383-5300
FACSIMILE (202) 383-5414
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO

OUR FILE NUMBER
0747430-00002

WRITER'S DIRECT DIAL
(202) 383-5106

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

March 15, 2011

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Mr. Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20544-0005

    Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL Docket No. 1917; Notice of "Tag-Along" Action*

Dear Mr. Luthi:

    Attached as Exhibit A is a copy of the class action complaint and demand for jury trial in *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. CV 11-0831, a tag-along action filed on February 18, 2011 in the United States District Court for the Eastern District of New York.

    *Electrograph* is virtually identical to the multiple actions that are the subject of *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, an MDL pending in the United States District Court for the Northern District of California.

    Accordingly, pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. notify the Panel that *Electrograph* is pending in federal court and should be transferred to the Northern District of California as part of MDL No. 1917.

O'MELVENY & MYERS LLP

Jeffery N. Luthi, March 15, 2011 - Page 2

*Electrograph* is closely related to the actions in MDL No. 1917 in a number of respects. **First**, *Electrograph* alleges violations of Section 1 of the Sherman Act (15 U.S.C. § 1) that are identical to those alleged by the MDL plaintiffs. **Second**, discovery in *Electrograph*, which would essentially duplicate discovery in the other actions, would be conducted more efficiently through a coordinated multidistrict process.

If you have any questions, please do not hesitate to call me at the above telephone number.

Very truly yours,

/s/Ian Simmons_____

Ian Simmons
of O'Melveny & Myers LLP
*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

cc:   All Counsel of Record

Enclosure

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL Docket No. 1917 |

NOTICE OF FILING OF TAG-ALONG ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

TO:   Counsel of Record (see attached Certificate of Service)

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, **PLEASE TAKE NOTICE** that on February 18, 2011, the following tag-along action was filed in the United States District Court for the Eastern District of New York:

> *Electrograph Systems, Inc.; Electrograph Technologies Corp. v. Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Hitachi Electronic Devices (USA); Shenzhen SEG Hitachi Color Display Devices, Ltd.; Daewoo International Corporation; Daewoo Electronics Corporation; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.; IRICO Display Devices Co., Ltd.; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.; LP Displays International, Ltd.; Panasonic Corporation; Matsushita Electronic Corporation (Malaysia) SDN BHD.; Panasonic Corporation of North America; Panasonic Consumer Electronics Co.; Koninklijke Philips Electronics, N.V.; Philips Electronics Industries Ltd.; Philips Electronics North America; Philips Consumer Electronics Co.; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung SDI (Malaysia) SDN BHD.; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co. Ltd.; Tianjin Samsung SDI Co., Ltd.; Samtel Color, Ltd.; Thai CRT Company, Ltd.; Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products LLC; Toshiba America Consumer Products, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Display Devices (Thailand) Company, Ltd.;*

*MT Picture Display Co., Ltd.; Beijing Matsushita Color CRT Company, Ltd.*, No. CV 11-0831 (attached hereto as Exhibit A).

This Eastern District of New York action involves common issues of fact with the actions presently consolidated in MDL 1917, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, in the United States District Court for the Northern District of California.

Dated: March 15, 2011

> By: /s/ Ian Simmons\_\_\_\_
>     Ian Simmons
>
> Ian Simmons
> Benjamin G. Bradshaw
> O'MELVENY & MYERS LLP
> 1625 Eye Street, N.W.
> Washington, D.C.  20006
> Telephone:  (202) 383-5300
> Facsimile:  (202) 383-5414
>
> Attorneys for Defendants Samsung Electronics Co.,
> Ltd. and Samsung Electronics America, Inc.