# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Tag-Along Action was served electronically this 15th day of March 2011 using the CM/ECF system on the following:

Philip J. Iovieno
Anne M. Nardacci
Benjamin D. Battles
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com
Email: bbattles@bsfllp.com

William Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
*Counsel for Plaintiffs Electrograph Systems,
Inc. and Electrograph Technologies Corp.*

Guido Saveri
Cadio Zirpoli
Geoffrey Rushing
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-1730
Telephone: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
zirpoli@saveri.com
grushing@saveri.com
rick@saveri.com
*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

3

Email: malioto@tatp.com
Email: laurenrussell@tatp.com
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Kent M. Roger
Diane L. Webb
Michelle Park Chiu
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1 001
E-mail: kroger@morganlewis.com
Email: dwebb@morganlewis.com
Email: mchiu@morganlewis.com
*Attorneys for Defendant*
*Hitachi, Ltd., Hitachi America, Ltd.,*
*Hitachi Asia, Ltd., Hitachi Displays,*
*Ltd., and Hitachi Electronic Devices (USA), Inc.*

Ronald C. Redcay
John D. Lombardo
D. Eric Shapland
Nana Little
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
E-Mail: Nana.Little@aporter.com
E-Mail: John.Lombardo@aporter.com
E-Mail: Eric.Shapland@aporter.com
E-Mail: Ronald.Redcay@aporter.com

Beth H. Parker
ARNOLD & PORTER LLP
275 Battery Street
Suite 2700
San Francisco, California 94111
Telephone: 415.356.3000
Facsimile: 415.356-3099
E-Mail: Beth.Parker@aporter.com

Samuel R. Miller
Marie L. Fiala
Ryan M. Sandrock
Robert B. Martin III
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rbmartin@sidley.com
Email: mfiala@sidley.com

Email: rsandrock@sidley.com
Email: srmiller@sidley.com
*Attorneys for Defendant LG Electronics, Inc., LG Electronics*
*USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*

Gregory D. Hull
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: greg.hull@weil.com

Steven A. Reiss
David L. Yohai
David Yolkut
WElL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

Jeffrey L. Kessler
A. Paul Victor
Eva Cole
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com
Email: ecole@dl.com
*Attorneys for Defendant MT Picture Display Co., Ltd.,*
*Panasonic Corporation of North America, Panasonic Corporation*

Gary L. Halling
James L. McGinnis
Michael W. Scarborough
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
Email: jmcginnis@sheppardmullin.com
Email:mscarborough@sheppardmullin.com
*Attorneys for Defendants Samsung SDI America, Inc.,*
*Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Shd.,*
*Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,*
*Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

Joel S. Sanders
Rachel S. Brass

5

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: RBrass@gibsondunn.com
Email: JSanders@gibsondunn.com
*Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*

Christopher M. Curran (pro hac vice)
George L. Paul (pro hac vice)
Lucius B. Lau (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: alau@whitecase.com
Email: gpaul@whitecase.com
Email: ccurran@whitecase.com
*Counsel to Defendant Toshiba America Consumer Products, L.L.C.,
Toshiba America, Inc., Toshiba America Electronic Components, Inc.,
Toshiba America Information Systems, Inc., Toshiba Corp.*

Joseph Song
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4947
Facsimile: (415) 848-4999
Email: songj@howrey.com

John M. Taladay
Joseph P. Ostoyich
Richard A. Ripley
Andreas Stargard
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610
Email: taladayj@howrey.com
Email: ostoyichj@howrey.com
Email: ripleyr@howrey.com
Email: stargarda@howrey.com
*Attorneys for Philips Electronics North America Corporation;
Koninklijke Philips Electronics N.V.*

Ethan E. Litwin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
212-837-6540
212-299-6540 (fax)

Email: litwin@hugheshubbard.com
*Attorneys For Defendants Koninklijke Philips Electronics N.V,*
*Philips Electronics North America Corporation,*
*Philips Electronics Industries (Taiwan), Ltd. and*
*Philips da Amazonia Industria Electronica Ltda.*

Terry Calvani
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4505
Fax: (202) 777-4555
Email: terry.calvani@freshfields.com
*Attorney for Defendant Beijing Matsushita*
*Color CRT Company, Ltd.*

Patrick J. Ahern
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
(312) 861-8000
patrick.j.ahern@bakernet.com

Bruce H. Jackson
Robert W. Tarun
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415-576-3000
Facsimile: + 1 415-576-3099
Email: bruce.h.jackson@bakemet.com
Email: robert.w.tarun@bakemet.com
*Attorneys for Defendant*
*Tatung Company Of America, Inc*

Philip A. Simpkins
Joseph R. Tiffany II
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545
Email: philip.simpkins@pillsburylaw.com
Email: joseph.tiffany@pillsburylaw.com

Terrence A. Callan
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880

San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: terrence.callan@pillsburylaw.com
*Attorneys for Defendants*
*IRICO Display Devices Co., Ltd. and*
*IRICO Group Corporation*

William Diaz
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: +1 9498510633
Facsimile: + 1 949 851 9348
Email: wdiaz@mwe.com
*Attorneys for Defendant*
*SAMTEL COLOR LTD.*

                /s/ Ian Simmons_____
                Ian Simmons