BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation*     MDL-1917

NOTICE OF TAG-ALONG ACTIONS

**PLEASE TAKE NOTICE** that Plaintiffs hereby notify the panel of potential "tag-along actions" relating to *In Re: Cathode Ray Tube (CRT) Antitrust Litigation* MDL No. 1917, 3:07-cv-5944-SC ("Related Action"), which pursuant to a Transfer Order issued by the Judicial Panel on Multidistrict Litigation dated February 15, 2008, is currently before Judge Samuel Conti in the Northern District of California.

*Interbond Corporation of America v. Technicolor SA, et al.*, Case No. 13-cv-62482-WJZ, was filed in the Southern District of Florida on Tuesday, November 12, 2013.

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 13-cv-81174-JIC, was filed in the Southern District of Florida on Tuesday, November 12, 2013.

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, Case No. 13-cv-06323-SJF-WDW, was filed in the Eastern District of New York on Wednesday, November 13, 2013.

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-06325-LDW-ARL, was filed in the Eastern District of New York on Wednesday, November 13, 2013.

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, Case No. 13-cv-06327-JFB-AKT, was filed in the Eastern District of New York on Wednesday, November 13, 2013.

The above referenced actions are "tag-along actions" as defined under Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. These tag-along actions and the Related Action involve common questions of fact, and thus, centralization of pretrial proceedings under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Moreover, centralization of pretrial proceedings will conserve the resources of the parties, their counsel and the judiciary.

Dated: November 22, 2013  /s/ Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
           anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com

*Counsel for Plaintiffs*